**No. 10-758. B. D. S. D., Petitioner v. Texas.**

562 U.S. 1218, 131 S. Ct. 1485, 179 L. Ed. 2d 303, 2011 U.S. LEXIS 1309.

February 22, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.

Same case below, 289 S.W.3d 889.